IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSANN M. SCHOFIELD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL,[1] Commissioner of Social Security | : : | No. 19-1600 |

**ORDER**

AND NOW, this 29th day of August, 2019, upon consideration of "Defendant's Motion to Dismiss Plaintiff's Complaint" (doc. no. 13) to which no response was filed, it is **ORDERED** that the motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Andrew Saul is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).